| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF CONNECTICUT |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  New Haven Truck and Auto Body, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  06-0924558

**4. Debtor's address**

Principal place of business

480 Short Beach Road
East Haven, CT 06512
Number, Street, City, State & ZIP Code

New Haven
County

Mailing address, if different from principal place of business

_____
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  https://www.newhaventruckandautobody.net/

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **New Haven Truck and Auto Body, Inc.**　　　　　　　　　　Case number (*if known*) _____
　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

　__7532__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **New Haven Truck and Auto Body, Inc.**                              Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **New Haven Truck and Auto Body, Inc.**　　　　　　　　　　　Case number (*if known*)　
　　　　Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **New Haven Truck and Auto Body, Inc.**   Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 28, 2023**
MM / DD / YYYY

X **/s/ William S. Snow, Jr.**          **William S. Snow, Jr.**
Signature of authorized representative of debtor          Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Stuart H. Caplan**          Date **April 28, 2023**
Signature of attorney for debtor          MM / DD / YYYY

**Stuart H. Caplan ct12643**
Printed name

**Law Offices of Neil Crane, LLC**
Firm name

**2679 Whitney Avenue**
**Hamden, CT 06518**
Number, Street, City, State & ZIP Code

Contact phone  **203-230-2233**    Email address  **stuart@neilcranelaw.com**

**ct12643 CT**
Bar number and State

Fill in this information to identify the case:

Debtor name: **New Haven Truck and Auto Body, Inc.**
United States Bankruptcy Court for the: **DISTRICT OF CONNECTICUT**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Allegiance Trucks Attn: President / Manager 67 Main Street Southbury, CT 06488** | | **Business Expense** | | | | $3,808.92 |
| **Ford of Branford Attn: President / Manager 301 East Main Street Branford, CT 06405** | | **Business Expense** | | | | $3,626.27 |
| **Greater New Haven WPCA Attn: President / Manager 260 East Street New Haven, CT 06511** | | **Sewer Lien** | | | | $248.02 |
| **Internal Revenue Service Attn: President / Manager PO Box 7346 Philadelphia, PA 19101-7346** | | **Federal Income Taxes** | | | | $1.00 |
| **Keystone Automotive Industries Attn: President / Manager PO Box 415860 Boston, MA 02241-5860** | | **Business Expense** | | | | $4,790.95 |

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                page 1

Debtor **New Haven Truck and Auto Body, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Regional Water Authority**<br>Attn: President / Manager<br>PO Box 981102<br>Boston, MA 02298-1102 | | **Water Lien** | | | | $78.74 |
| **Sequi Brother Glass, LLC**<br>Attn: President / Manager<br>222 Lombard Street<br>New Haven, CT 06513 | | **Business Expense** | | | | $900.00 |
| **State of Connecticut - DRS**<br>Attn: President / Manager<br>Collections Unit - Bankruptcy<br>450 Columbus Blvd., Ste. 1<br>Hartford, CT 06103-1837 | | **State income taxes** | | | | $1.00 |
| **Town of East Haven Tax Collector**<br>Attn: President / Manager<br>250 Main Street<br>East Haven, CT 06512 | | **2022 Grand List** | | | | $1.00 |
| **United Illuminating**<br>Attn: President / Manager<br>100 Marsh Hill Road<br>Orange, CT 06477 | | **Utility** | | | | $2,173.64 |
| **Utica National Ins. Group**<br>Attn: President / Manager<br>P.O. Box 6532<br>Utica, NY 13504-6532 | | **Business Expense** | | | | $1,303.00 |

```
Allegiance Trucks
Attn: President / Manager
67 Main Street
Southbury, CT 06488


Ford of Branford
Attn: President / Manager
301 East Main Street
Branford, CT 06405


Greater New Haven WPCA
Attn: President / Manager
260 East Street
New Haven, CT 06511


Internal Revenue Service
Attn: President / Manager
PO Box 7346
Philadelphia, PA 19101-7346


Keystone Automotive Industries
Attn: President / Manager
PO Box 415860
Boston, MA 02241-5860


NPA Assocaites
Attn: President / Manager
27 Mischa Hill Road
Trumbull, CT 06611


Regional Water Authority
Attn: President / Manager
PO Box 981102
Boston, MA 02298-1102


Sequi Brother Glass, LLC
Attn: President / Manager
222 Lombard Street
New Haven, CT 06513


State of  Connecticut - DRS
Attn: President / Manager
Collections Unit - Bankruptcy
450 Columbus Blvd., Ste. 1
Hartford, CT 06103-1837
```

```
Town of East Haven Tax Collector
Attn: President / Manager
250 Main Street
East Haven, CT 06512


United Illuminating
Attn: President / Manager
100 Marsh Hill Road
Orange, CT 06477


Utica National Ins. Group
Attn: President / Manager
P.O. Box 6532
Utica, NY 13504-6532


Vincent Joseph Mase Sr. Esquire
64 Thompson Street
Unit B-106
East Haven, CT 06513-5707


William S. Snow, Jr.
36 Featherbed Lane
Branford, CT 06405
```

# United States Bankruptcy Court
### District of Connecticut

In re **New Haven Truck and Auto Body, Inc.**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **New Haven Truck and Auto Body, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**William S. Snow, Jr.**
**35 Featherbed Lane**
**Branford, CT 06405**

☐ None [*Check if applicable*]

**April 28, 2023**
Date

**/s/ Stuart H. Caplan**
**Stuart H. Caplan ct12643**
Signature of Attorney or Litigant
Counsel for **New Haven Truck and Auto Body, Inc.**
**Law Offices of Neil Crane, LLC**
**2679 Whitney Avenue**
**Hamden, CT 06518**
**203-230-2233 Fax:203-230-8484**
**stuart@neilcranelaw.com**